IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JAMES NELSON,                                    3:11-CV-00571-MA

       Plaintiff,                           ORDER FOR EAJA FEES

       v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

MARSH, Judge.

    Based on the stipulation of the parties, it is hereby

ORDERED that attorneys fees in the amount of $3,852.16 shall be

awarded to Plaintiff pursuant to the Equal Access to Justice Act,

28 U.S.C. § 2412.  The parties agree that attorney fees will be

paid to Plaintiff's attorney, dependent upon verification that

Plaintiff has no debt which qualifies for offset against the

awarded fees, pursuant to the Treasury Offset Program as

discussed in  Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

    If Plaintiff has no such debt, then the check shall be made

out to Plaintiff's attorney and mailed to Plaintiff's attorney's

office as follows:  Merrill Schneider, P.O. Box 14490, Portland,

1 - ORDER FOR EAJA FEES

OR 97293.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt, shall be made to Plaintiff, and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this ___24___ day of May, 2012.

_Malcolm F. Marsh_

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES