IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES NELSON,                                   3:11-CV-00571-MA

       Plaintiff,                        ORDER FOR EAJA FEES

       v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

MARSH, Judge.

Based on the stipulation of the parties, it is hereby ORDERED that attorneys fees in the amount of $3,852.16 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland,

1 - ORDER FOR EAJA FEES

OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt, shall be made to Plaintiff, and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this __24__ day of May, 2012.

                                        _/s/ Malcolm F. Marsh_
                                        Malcolm F. Marsh
                                        United States District Judge

2 - ORDER FOR EAJA FEES